IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHEL MERRILL,

    Plaintiff(s),

vs.

KIEWIT PACIFIC CO., et al.,

    Defendant(s).

No. C 05-4460 MEJ

**ORDER CONTINUING HEARING RE: PLAINTIFF'S MOTION TO REMAND**

**JANUARY 19, 2006**

Please take notice that the Court hereby CONTINUES the noticed hearing date regarding Plaintiff's Motion to Remand, currently scheduled for January 12, 2006, to January 19, 2006 at 10:00 a.m. The briefing schedule shall remain unaffected by this change.

    **IT IS SO ORDERED.**

Dated: December 12, 2005

MARIA-ELENA JAMES
United States Magistrate Judge