LAW OFFICES OF JEREMY PASTERNAK
Jeremy Pasternak (SBN: 181618)
jdp@pasternaklaw.com
445 Bush Street, 6th Floor
San Francisco, California 94108
Telephone: (415) 693-0300
Facsimile: (415) 693-0393

Attorneys for Plaintiff
MICHEL MERRILL

SEYFARTH SHAW LLP
Joel H. Kaplan (IL State Atty No. 1694) (*Pro hac vice*)
jkaplan@seyfarth.com
Cassandra H. Carroll (SBN: 209123)
ccarroll@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendants
KIEWIT PACIFIC COMPANY and ALLAN KIRKWOOD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MICHEL MERRILL, | Case No. C-05-04460 MEJ |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE MOTION TO REMAND HEARING** |
| v. | |
| KIEWIT PACIFIC COMPANY, INC., a Delaware Corporation; ALLAN KIRKWOOD, an individual; and Does 1 - 50, | |
| Defendant. | |

Plaintiff MICHEL MERRILL ("Plaintiff") and Defendants KIEWIT PACIFIC CO. and

ALLAN KIRKWOOD ("Defendants"), by and through their counsel of record, hereby agree and

stipulate that Plaintiff's Motion to Remand Action to State Superior Court, currently scheduled

for January 19, 2006, be continued to February 9, 2006.  Plaintiff and Defendants also hereby

agree and stipulate Defendants will file and serve their Opposition to said Motion on or before

1

1  January 12, 2006 and Plaintiff will serve and file any Reply in support of said Motion on or

2  before January 26, 2006.

3       The parties make this joint request for a continuance of Plaintiff's Motion to Remand

4  Action to State Superior Court on the belief that good cause exists for doing so because

5  Defendants' counsel of record is not available on January 19, 2006, to attend the hearing, due to

6  previously scheduled commitments.

7       For these reasons, the parties have stipulated to a continuance of the January 19, 2006

8  Motion to Remand Action to State Superior Court.

9       Accordingly, the parties respectfully request the Court set the Motion to Remand Action

10  to State Superior Court, currently scheduled for January 19, 2006, to be continued to February 9,

11  2006.

12  DATED: December 12, 2005                    LAW OFFICES OF JEREMY
                                                PASTERNAK
13

14                                              By _____ s/s _____
                                                     Jeremy Pasternak
15

16                                              Attorneys for Plaintiff
                                                MICHEL MERRILL
17

18  DATED: December 12, 2005                    SEYFARTH SHAW LLP

19                                              By _____ s/s _____
                                                     Joel H. Kaplan
20                                                   Cassandra H. Carroll

21                                              Attorneys for Defendants
                                                KIEWIT PACIFIC CO. and
22                                              ALLAN KIRKWOOD

23

                                     **ORDER**
24
        IT IS SO ORDERED.
25

26  Dated: December 13, 2005 _____      _____
                                                  Magistrate                 James
27

SF1 28225986.1 / 20275-000078

28

2

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING 05-04460 MEJ