United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHEL MERRILL,

        Plaintiff(s),

  vs.

KIEWIT PACIFIC CO., et al.,

        Defendant(s).
                              /

No. C 05-4460 MEJ

**ORDER VACATING CASE MANAGEMENT CONFERENCE**

On February 9, 2006, the Court held a hearing on Plaintiff's Motion to Remand. As the matter is now under submission, the Court hereby VACATES the March 2, 2006 Case Management Conference scheduled in this matter. Upon issuance of a decision on Plaintiff's motion to remand, the Court shall re-schedule the conference if necessary at that time.

**IT IS SO ORDERED.**

Dated: February 9, 2006

                                         MARIA-ELENA JAMES
                                         United States Magistrate Judge